U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN PAUL BELL<br>DOC # 209366 | : | DOCKET NO. 13-cv-2540<br>SECTION P |
| VERSUS | : | JUDGE MINALDI |
| JERRY BRISTER | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 13TH day of JANUARY, 2017.

_____
DEE D. DRELL
Chief Judge